

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-16-00829-CR

Shannon Lee **PARKER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A12675
Honorable N. Keith Williams, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's judgment is REFORMED to state "Punishment Assessed by: JURY" and "SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR FIVE (5) YEARS." As reformed, the trial court's judgment is AFFIRMED.

SIGNED November 1, 2017.

_____
Irene Rios, Justice